# Order

Michigan Supreme Court
Lansing, Michigan

May 10, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147019 & (14)

BEVERLY OLNEY,
      Plaintiff-Appellee,

v

OAKLAND PEBBLE CREEK HOUSING
ASSOCIATES,
      Defendant,

and

MURRAY MANAGEMENT, INC.,
      Defendant-Appellant.

SC: 147019
COA: 312255
Ingham CC: 2011-000812-NO

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 11, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2013

_____
Clerk

s0507